**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60766
Summary Calendar

**MARY C. FORD, Individually and as Parent and Next Friend**
**of Samuel Ford, a Minor; SAMUEL F. FORD, Individually,**

**Plaintiffs-Appellants,**

**VERSUS**

**GUARANTY NATIONAL INSURANCE COMPANY, ET AL.,**

**Defendants,**

**GUARANTY NATIONAL INSURANCE COMPANY,**

**Defendant-Appellee.**

Appeal from the United States District Court
for the Northern District of Mississippi
(1:93-CV-213-S-D)

July 7, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We have carefully considered the briefs, the reply brief, the record excerpts, and relevant portions of the summary judgment record itself. The district court granted summary judgment in favor of Guaranty National Insurance Company and the plaintiffs appeal. For the reasons stated by the district court in its sixteen-page opinion filed under date of November 26, 1997, we

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRM the grant of summary judgment in favor of Guaranty National Insurance Company and the district court's order of even date therewith.

**AFFIRMED.**